

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00355-CV

Julia **BENAVIDEZ**,
Appellant

v.

**SAN ANTONIO PORTFOLIO 3, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025CV03655
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:    Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice
            H. Todd McCray, Justice

Delivered and Filed: November 5, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's pro se brief was originally due August 11, 2025. Neither the brief nor a motion for extension of time was filed. We therefore ordered pro se appellant Julia Benavidez to file, by August 28, 2025, the appellant's brief and a written response reasonably explaining her failure to timely file the brief. Instead, on that day, appellant filed a motion asking for an extension of time to file the brief along with certain attachments that were evidentiary in nature. We granted the motion in part and ordered appellant Julia Benavidez to file the appellant's brief by September 18,

2025. Neither the brief nor a motion for extension of time was filed. We again order appellant to file, by October 3, 2025, the appellant's brief and a written response reasonably explaining her failure to timely file the appellant's brief. We admonished appellant that if she failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); 42.3(b). Appellant has not filed the brief or a motion for extension of time.

Accordingly, this appeal is dismissed.

PER CURIAM